IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-rj-00015-NONE-KLM

SANDRA LYNN MARTIN,

    Plaintiff,

v.

HARLAN HARCLERODE, JR., and
CHESTER W. MITCHELL,

    Defendants,

v.

FIRSTBANK NORTH,
US BANK, and
CLEAR CREEK MEDICAL GROUP, PC,

    Garnishees.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a letter addressed to the Clerk of Court [Docket No. 11; Filed November 25, 2011]. The Clerk's Office designated this letter as a motion, pursuant to the undersigned's instructions.

    IT IS HEREBY **ORDERED** that the request stated in the letter is **DENIED WITHOUT PREJUDICE**. Plaintiff may re-submit her request as a motion compliant with the federal and local rules, and she must include a proposed order for the Court's review. *See* D.C.COLO.LCivR 67.2 and 67.3.

    Dated: November 30, 2011